AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

**UNITED STATES OF AMERICA**
vs.

Jose Maria SERRANO-Castellanos

**CRIMINAL COMPLAINT**

Case Number: 2:25-MJ-00187

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about April 19, 2025 in Kenedy County, in the Southern District Of Texas defendant(s)

Jose Maria SERRANO-Castellanos, a native and citizen of Mexico, and an alien who had been previously deported from the United States was found unlawfully within the United States in Sarita, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

On April 19, 2025, Border Patrol Agents encountered Jose Maria SERRANO-Castellanos, at the United States Border Patrol Checkpoint near Sarita, Texas. Agents determined SERRANO to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed SERRANO was ordered removed from the United States by a designated official on January 8, 2025 and was physically removed from the United States to Mexico on January 8, 2025, via Hidalgo, Texas. SERRANO stated he last entered the United States illegally on or about February 1, 2025, near Roma, Texas. There is no evidence to indicate SERRANO has applied for re-admission into the United States from any lawful authority.

I DECLARE UNDER PENALTY OF PERJURY THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Gonzalez, Alejandro   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

April 20, 2025                                          at   Corpus Christi, Texas
Date                                                         City/State

Jason B. Libby         U.S. Magistrate Judge
Name of Judge          Title of Judge

Signature of Judge